UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

CASE NO. 2:08-cr-7(5)
JUDGE EDMUND A. SARGUS, JR.

v.

**ABDULHAKIM SAID ABUKAR**

### ORDER

Upon completion of Defendant Abukar's sentence, including supervised release, it is ordered that the Defendant's passport be released and returned to him.

**IT IS SO ORDERED.**

12-11-2012

**DATE**

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**